PK6  800004  000213  0000300129  1
380-0001

# Earnings Statement

**ADP**

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Period Beginning: 07/07/2019
Period Ending: 07/20/2019
Pay Date: 07/26/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  PA: N/A

EDWIN ACKERMAN
16 ROSE AVE
FEASTERVILLE-TREVOSE  PA 19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 31.00 | 12,054.50 |
| Regular | 15.0000 | 80.00 | 1,200.00 | |
| Overtime | 22.5000 | 56.25 | 1,265.63 | 8,893.16 |
| Holiday | | | | 168.75 |
| **Gross Pay** | | | **$2,496.63** | 21,491.41 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,496.63 | 21,741.41 |
| Pto Balance | | 7.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -191.45 | 2,348.25 |
| | Social Security Tax | -154.79 | 1,332.47 |
| | Medicare Tax | -36.21 | 311.63 |
| | PA State Income Tax | -76.65 | 659.80 |
| | Lower Morela Income Tax | -24.97 | 214.93 |
| | Lower Morela Local Svc Tax | -2.00 | 22.00 |
| | PA SUI/SDI Tax | -1.49 | 12.89 |
| **Net Pay** | | **$2,009.07** | |
| | Savings 1 | -2,009.07 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $2,496.63

© 2000 ADP, LLC

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Advice number: 00000300129
Pay date: 07/26/2019

Deposited to the account of
EDWIN ACKERMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $2,009.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Period Beginning: 06/23/2019
Period Ending: 07/06/2019
Pay Date: 07/12/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 PA: N/A

EDWIN ACKERMAN
16 ROSE AVE
FEASTERVILLE-TREVOSE  PA  19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 80.00 | 1,200.00 | 10,823.50 |
| Overtime | 22.5000 | 37.25 | 838.13 | 7,627.53 |
| Holiday | 15.0000 | 11.25 | 168.75 | 168.75 |
| **Gross Pay** | | | **$2,206.88** | 18,994.78 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,206.88 | 19,244.78 |
| Pto Balance | | 5.55 |

**Deductions**   Statutory

| | | |
|---|---|---|
| Federal Income Tax | -156.68 | 2,156.80 |
| Social Security Tax | -136.83 | 1,177.68 |
| Medicare Tax | -32.00 | 275.42 |
| PA State Income Tax | -67.75 | 583.15 |
| Lower Morela Income Tax | -22.07 | 189.96 |
| Lower Morela Local Svc Tax | -2.00 | 20.00 |
| PA SUI/SDI Tax | -1.33 | 11.40 |
| **Net Pay** | **$1,788.22** | |
| Savings 1 | -1,788.22 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,206.88

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Advice number: 00000280129
Pay date: 07/12/2019

Deposited to the account of
EDWIN ACKERMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $1,788.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

PK6  800004  000213  0000260134  2
393-0001

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Period Beginning: 06/09/2019
Period Ending: 06/22/2019
Pay Date: 06/28/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  PA: N/A

EDWIN ACKERMAN
16 ROSE AVE
FEASTERVILLE-TREVOSE  PA  19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular |  |  | 11.25 | 9,623.50 |
| Regular | 15.0000 | 80.00 | 1,200.00 |  |
| Overtime | 22.5000 | 35.25 | 793.13 | 6,769.40 |
| **Gross Pay** |  |  | **$2,004.38** | 16,787.90 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -132.38 | 2,000.12 |
|  | Social Security Tax | -124.27 | 1,040.85 |
|  | Medicare Tax | -29.06 | 243.42 |
|  | PA State Income Tax | -61.53 | 515.40 |
|  | Lower Morela Income Tax | -20.04 | 167.89 |
|  | Lower Morela Local Svc Tax | -2.00 | 18.00 |
|  | PA SUI/SDI Tax | -1.20 | 10.07 |
| **Net Pay** |  | **$1,633.90** |  |
|  | Savings 1 | -1,633.90 |  |
| **Net Check** |  | **$0.00** |  |

| Other Benefits and information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,004.38 | 17,037.90 |
| Pto Balance |  | 3.70 |

**Important Notes**

EFFECTIVE THIS PAY PERIOD YOUR MARITAL STATUS HAS CHANGED FROM SINGLE TO MARRIED.

EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS HAVE BEEN CHANGED FROM 0 TO 2.

Your federal taxable wages this period are $2,004.38

© 2000 ADP, LLC

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Advice number: 00000260134
Pay date: 06/28/2019

Deposited to the account of
EDWIN ACKERMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $1,633.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

PK6  800004  000213          0000240133          1
395-0001

# Earnings Statement

**ADP**

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Period Beginning: 05/26/2019
Period Ending: 06/08/2019
Pay Date: 06/14/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

EDWIN ACKERMAN
16 ROSE AVE
FEASTERVILLE-TREVOSE  PA  19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular |  |  | 12.25 | 8,412.25 |
| Regular | 15.0000 | 80.00 | 1,200.00 |  |
| Overtime | 22.5000 | 45.50 | 1,023.75 | 5,996.27 |
| **Gross Pay** |  |  | **$2,236.00** | 14,533.52 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,236.00 | 14,533.52 |
| Pto Balance |  | 1.85 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -300.49 | 1,857.36 |
|  | Social Security Tax | -138.63 | 901.08 |
|  | Medicare Tax | -32.43 | 210.74 |
|  | PA State Income Tax | -68.65 | 446.19 |
|  | Lower Morela Income Tax | -22.36 | 145.35 |
|  | Lower Morela Local Svc Tax | -2.00 | 14.00 |
|  | PA SUI/SDI Tax | -1.34 | 8.72 |
|  | **Net Pay** | **$1,670.10** |  |
|  | Savings 1 | -1,670.10 |  |
|  | **Net Check** | **$0.00** |  |

Your federal taxable wages this period are $2,236.00

---

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Advice number: 00000240133
Pay date: 06/14/2019

Deposited to the account of
EDWIN ACKERMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx | xxxx xxxx | $1,670.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

PK6   800004   000213         00000220126      1

# Earnings Statement

**ADP**

382-0001

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Period Beginning:  05/12/2019
Period Ending:     05/25/2019
Pay Date:          05/31/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA:      N/A

EDWIN ACKERMAN
16 ROSE AVE
FEASTERVILLE-TREVOSE  PA  19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 15.0000 | 80.00 | 1,200.00 | 7,200.00 |
| Overtime | 22.5000 | 38.25 | 860.63 | 4,972.52 |
| **Gross Pay** | | | **$2,060.63** | 12,297.52 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,060.63 | 12,297.52 |

**Deductions**   Statutory

| | | |
|---|---|---|
| Federal Income Tax       | -261.91   | 1,556.87 |
| Social Security Tax      | -127.76   | 762.45 |
| Medicare Tax             | -29.88    | 178.31 |
| PA State Income Tax      | -63.26    | 377.54 |
| Lower Morela Income Tax  | -20.61    | 122.99 |
| Lower Morela Local Svc Tax | -2.00   | 12.00 |
| PA SUI/SDI Tax           | -1.24     | 7.38 |

| | |
|---|---|
| **Net Pay**   | **$1,553.97** |
| Savings 1     | -1,553.97 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are
$2,060.63

© 2000 ADP, LLC

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Advice number:  00000220126
Pay date:       05/31/2019

Deposited to the account of
EDWIN ACKERMAN

| account number | transit ABA | amount |
|---|---|---|
| XXXXX | XXXX XXXX | $1,553.97 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

PK6  800004  000213  000020025  1
374-0001

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Period Beginning: 04/28/2019
Period Ending: 05/11/2019
Pay Date: 05/17/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

EDWIN ACKERMAN
16 ROSE AVE
FEASTERVILLE-TREVOSE PA 19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 80.00 | 1,200.00 | 6,000.00 |
| Overtime | 22.5000 | 32.25 | 725.63 | 4,111.89 |
| **Gross Pay** | | | **$1,925.63** | 10,236.89 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,925.63 | 10,236.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -232.21 | 1,294.96 |
| | Social Security Tax | -119.39 | 634.80 |
| | Medicare Tax | -27.92 | 148.51 |

PK6   800004   000213              0000180121

365-0001

# Earnings Statement

**ADP**

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Period Beginning:   04/14/2019
Period Ending:      04/27/2019
Pay Date:           05/03/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

EDWIN ACKERMAN
16 ROSE AVE
FEASTERVILLE-TREVOSE PA 19053

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 80.00 | 1,200.00 | 4,800.00 |
| Overtime | 22.5000 | 40.25 | 905.63 | 3,386.26 |
| **Gross Pay** | | | **$2,105.63** | 8,311.26 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 2,105.63 | 8,311.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -271.81 | 1,062.75 |
| | Social Security Tax | -130.55 | 515.30 |
| | Medicare Tax | -30.53 | 120.51 |
| | PA State Income Tax | -64.64 | 255.16 |
| | Lower Morela Income Tax | -21.06 | 83.12 |
| | Lower Morela Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -1.27 | 4.99 |

| **Net Pay** | **$1,583.77** |
|---|---|
| Savings 1 | -1,583.77 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are
$2,105.63

KEYSTONE QUALITY TRANSPORT
1260 EAST WOODLAND AVEN SUITE 220
SPRINGFIELD, PA 19064
PHONE: (610) 604-1421

Advice number:  00000180121
Pay date:       05/03/2019

Deposited to the account of
EDWIN ACKERMAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6305 | xxxx xxxx | $1,583.77 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE