**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Edwin Ackerman Jr. | | CHAPTER 13 |
| | Debtor(s) | |
| DITECH FINANCIAL LLC | | |
| | Movant | |
| vs. | | NO. 19-14355 JKF |
| Edwin Ackerman Jr. | | |
| | Debtor(s) | |
| Deborah E. Ackerman | | |
| | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman | | |
| | Trustee | |

**ORDER**

AND NOW, this 13th day of November , 2019 , upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 16 Rose Street, Feasterville, PA 19053 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Jean K. FitzSimon

Edwin Ackerman Jr.
16 Rose Avenue
Feasterville Trevose, PA 19053

Deborah E. Ackerman
16 Rose Avenue
Feasterville Trevose, PA 19053

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532