United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edwin Ackerman, Jr.  
    Debtor

Case No. 19-14355-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Nov 13, 2019  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db      +Edwin Ackerman, Jr.,   16 Rose Avenue,   Feasterville Trevose, PA 19053-4324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:  
     KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
     PAUL H. YOUNG    on behalf of Debtor Edwin  Ackerman, Jr. support@ymalaw.com,   ykaecf@gmail.com,   paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
     SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Edwin Ackerman Jr. | Debtor(s) | CHAPTER 13 |
| DITECH FINANCIAL LLC | Movant | |
| vs. | | NO. 19-14355 JKF |
| Edwin Ackerman Jr. | Debtor(s) | |
| Deborah E. Ackerman | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman | Trustee | |

**ORDER**

AND NOW, this 13th day of November, 2019, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 16 Rose Street, Feasterville, PA 19053 ("Property"), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

Jean K. FitzSimon

Edwin Ackerman Jr.
16 Rose Avenue
Feasterville Trevose, PA 19053

Deborah E. Ackerman
16 Rose Avenue
Feasterville Trevose, PA 19053

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532