# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: EDWIN ACKERMAN        :    CHAPTER 13
       Debtor                              :    BANKRUPTCY NO. 19-14355

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Motion to Vacate Relief Order, docket number 25, filed by YOUNG, MARR & ASSOCIATES.

                              /s/Paul H. Young
                              Paul H. Young, Esquire
                              Attorney for Debtor
                              3554 Hulmeville Road, Ste. 102
                              Bensalem, PA 19020

Date: January 6, 2020