UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| EDWIN ACKERMAN, JR. | Bankruptcy No. 19-14355-JKF |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 15, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE