```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                    Case No. 19-14355-jkf
Edwin Ackerman, Jr.                                       Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Randi              Page 1 of 1            Date Rcvd: Jan 15, 2020
                             Form ID: pdf900          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db            +Edwin Ackerman, Jr.,    16 Rose Avenue,    Feasterville Trevose, PA 19053-4324
14391008       Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
14357684      +Ditech Financial LLC,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14355078      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
14355077      +Financial Recoveries,    Attn: Bankruptcy,    200 East Park Dr  Ste 100,
               Mount Lurel, NJ 08054-1297
14452044       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14355082       U.S. Department of Education,    Po Box 4222,    Iowa City, IA 52244
14355081      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:22     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:10      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14355073      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 16 2020 03:14:30
               Credit Collection Service,    Attn: Bankruptcy,    Po Box 773,    Needham, MA 02494-0918
14355074      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 16 2020 03:14:30
               Credit Collection Service,    Po Box 447,    Norwood, MA 02062-0447
14355076      +E-mail/Text: bankruptcy.bnc@ditech.com Jan 16 2020 03:13:33      Ditech,    Po Box 6172,
               Rapid City, SD 57709-6172
14355075      +E-mail/Text: bankruptcy.bnc@ditech.com Jan 16 2020 03:13:33      Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
14359357      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 03:20:56       PYOD, LLC,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14360037       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:52
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14355079      +E-mail/Text: bankruptcy@sw-credit.com Jan 16 2020 03:13:57      Southwest Credit Systems,
               4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14355080      +E-mail/Text: bankruptcy@sw-credit.com Jan 16 2020 03:13:57      Southwest Credit Systems,
               4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
```
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Edwin Ackerman, Jr. support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　EDWIN ACKERMAN, JR.<br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-14355-JKF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 15, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE